IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ADAM MOORE, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | )    Case No. 2:24-cv-2569 |
| | ) |
| UNIFIED SCHOOL DISTRICT 253, EMPORIA, | ) |
| | ) |
|       Defendant. | ) |

**DEFENDANT'S NOTICE TO TAKE PLAINTIFF'S DEPOSITION**

**PLEASE TAKE NOTICE** that defendant will take the deposition of plaintiff, **Adam Moore,** whom Ted Lickteig is requested to produce for oral examination, on **Friday, September 5, 2025, at 9:30 a.m.** before a certified shorthand reporter at the law offices of Norris Keplinger Hicks & Welder, LLC, 11551 Ash Street, Suite 200, Leawood, KS 66211. Said deposition will continue from day to day at the same location and at the same time until completed.

                          **NORRIS KEPLINGER HICKS & WELDER, LLC**

                          By:   s/Michael G. Norris
                                Michael G. Norris, #07247
                                mnorris@nkfirm.com
                                Sarah Wood, #30111
                                swood@nkfirm.com
                        11551 Ash Street, Suite 200
                        Leawood, Kansas  66211
                        (913) 663-2000; (913) 663-2006 (Fax)
                        **ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was filed and served via the Court's ECF system this 6th day of August, 2025, to:

{0291582.DOCX}

Theodore J. Lickteig
Lickteig Law Firm, LLC
12760 W. 87th Street, Suite 112
Lenexa, Kansas 66215
(913) 894-1090
tjllawoffice@planetkc.com

Mary Madeline Johnson
Missouri Kansas Queer Law
103 W 26th Avenue, Suite 170
North Kansas City, MO  64116
816/607-1836
madeline@mokanqueerlaw.com
**Attorneys for Plaintiff**

                                                      s/Michael G. Norris
                                      **Attorney for Defendant**